■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD J. ZOLNOWSKI, JR., Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Rossetti, J.—grand larceny, third degree.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES D. BROWN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Doyle, J.—sexual abuse, first degree.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN P. TISA, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Steuben County Court, Purple, J.—attempted burglary, second degree.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ In the Matter of SALVATORE RUSSATO, Petitioner, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, et al., Respondents.—Determination unanimously confirmed and petition dismissed *(see, Matter of Lahey v Kelly,* 71 NY2d 135; *Matter of McKins v Coughlin,* 142 AD2d 987). (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Dillon, P. J., Callahan, Green, Balio and Lawton, JJ.